**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:10CR369** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **ALFRED TUCKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons discussed in the accompanying Memorandum and Order,

IT IS ORDERED:

1.     The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 104) and the Defendant's motion for Leave to Proceed in Forma Pauperis (Filing No. 105) are denied as moot; and

2.     The Clerk is directed to mail a copy of this memorandum and order to the Defendant at his last known address.

DATED this 6th day of February, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge