**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:10CR369 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ALFRED TUCKER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court following the filing of the mandate of the United States Court of Appeals for the Eighth Circuit remanding this case to the District Court for resentencing in accordance with the opinion and judgment of January 29, 2014. The defendant, Alfred Tucker (Tucker), being qualified for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C.A. § 3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska:

**IT IS ORDERED:**
Michael J. Tasset, P.O. Box 62, Oakland, NE 68045, (402) 685-5647 is appointed to represent Tucker for the balance of proceedings in this matter.

**IT IS FURTHER ORDERED:**
The Clerk shall provide a copy of this order to Mr. Tasset, the Federal Public Defender for the District of Nebraska, and Alfred Tucker, No. 20702-047, USP Beaumont, P.O. Box 26030, Beaumont, TX 77720.

DATED this 10th day of February, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge