**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:10CR369** |
| **vs.** | |
| **ALFRED TUCKER,** | **JUDGMENT** |
| **Defendant.** | |

IT IS ORDERED:

1.   Defendant, Alfred Tucker's, petition for authorization to file a successive habeas application under 28 U.S.C. § 2255(h)(2) has been denied by the United States Court of Appeals for the Eighth Circuit, ECF No. 155.

2.   Defendant, Alfred Tucker's, Motion to Vacate under 28 U.S.C. 2255, ECF No. 153, is dismissed.

3.   The Clerk will mail a copy of this Judgment to the Defendant at the Defendant's last known address.

Dated this 26th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge